THE FIRST NATIONAL BANK OF LAKE CITY, A CORPORATION, *Plaintiffs in Error*, v. UNITED STATES FIDELITY & GUARANTY COMPANY, A CORPORATION, Defendant in Error.

Opinion Filed January 20, 1914.

Writ of Error to Circuit Court for Columbia County; M. F. Horne, Judge.

PER CURIAM.—This cause coming on for final hearing upon transcript of record and briefs of the respective parties, and having been duly considered by the Court, and no reversible error being made to appear, it is therefore considered, ordered and adjudged by the court that the judgment of the Circuit Court, to review which the writ of error was sued out herein, be and the same is hereby affirmed at the costs of plaintiff in error.

*Palmer & Palmer*, for Plaintiff in Error; *Fleming & Fleming*, for Defendant in Error.